## CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
BANK OF AMERICA, N.A.

**DEFENDANTS**
EUGENE TRIPP, ERNESTINE TRIPP, NONRECORD CLAIMANTS, UNKNOWN TENANTS AD UNKNOWN OWNERS

**(b)** County of Residence of First Listed Plaintiff: DELAWARE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
IRA T. NEVEL
175 NORTH FRANKLIN SUITE 201
CHICAGO, IL 60606

Attorneys (If Known)
CARL B. BOYD
11528 S. HALSTED ST
CHICAGO, IL 60628

**II. BASIS OF JURISDICTION**: [X] 4 Diversity

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
- Citizen of This State: DEF [X] 1
- Incorporated and Principal Place of Business In Another State: PTF [X] 5

**IV. NATURE OF SUIT**: 220 Foreclosure

**V. ORIGIN**: [X] 2 Removed from State Court

**VI. CAUSE OF ACTION**: 28 U.S.C. 1441, 1446, AND 1332

**VIII. REQUESTED IN COMPLAINT**: DEMAND $ 166,606.79
JURY DEMAND: [X] No

**IX. This case** [X] is not a refiling of a previously dismissed action.

DATE: 7-11-08