**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Bank of America, N.A. <br> v. <br> Eugene Tripp, Ernestine Tripp, Nonrecord Claimants, Unknown owners and Unknown Tenants | FILED: JULY 11, 2008 <br> 08CV3946 <br> JUDGE NORGLE <br> MAGISTRATE JUDGE KEYS <br> ERA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EUGENE TRIPP AND EARNESTINE TRIPP

| |
|---|
| NAME (Type or print) <br> CARL B. BOYD |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Carl B. Boyd |
| FIRM <br> STARKS & BOYD, P.C. |
| STREET ADDRESS <br> 11528 S. HALSTED |
| CITY/STATE/ZIP <br> CHICAGO, IL 60628 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6206607 | TELEPHONE NUMBER <br> (773)995-7900 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐